IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-01208-CNS-NRN | Date: January 8, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| KEITA VANTERPOOL<br>**Plaintiff**<br><br>v.<br><br>FEDERATION OF CHIROPRACTIC LICENSING BOARDS<br>CAROL WINKLER<br>KARLOS BOGHOSIAN<br>**Defendant** | *Clarence Gamble*<br><br><br><br>*Andrew Ringel* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  1:01 p.m.

Appearance of counsel.

Argument as to [60] Defendant's Motion for Summary Judgment given by Mr. Ringel and Mr. Gamble with questions from the Court.

As outlined on the record, it is

**ORDERED:**   [60] Defendant's Motion for Summary Judgment is GRANTED in part and DENIED in part.  Denied as to the Board, granted as to the individual defendants.

**Settlement conference with the Magistrate Judge is authorized.**

Court in Recess:  1:55 p.m.        Hearing concluded.        Total time in Court:  00:54